NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1004


HILLTOP TRANSPORTATION, LLC

VERSUS

PACCAR LEASING CORPORATION


**********


APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 99719-A
HONORABLE GERARD B. WATTIGNY, DISTRICT JUDGE


**********


JOHN D. SAUNDERS
JUDGE


**********


Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

**AFFIRMED.**

Lawrence Paul Simon Jr.
Liskow & Lewis
P. O. Box 52008
Lafayette, LA 70505
(337) 232-7424
Counsel for: Defendant/Appellee
Paccar Leasing Corporation

**George Denegre  Jr.**
**Liskow & Lewis**
**701 Poydras, 50th Floor**
**New Orleans, LA 70139-5099**
**(504) 581-7979**
**Counsel for: Defendant/Appellee**
**Paccar Leasing Corporation**

**Christina Berthelot Peck**
**Roedel, Parsons, et al.**
**8440 Jefferson Hwy, Suite 301**
**Baton Rouge, LA 70809**
**(225) 929-7033**
**Counsel for: Defendant/Appellee**
**R.P. "Pete" Broussard, Jr.**

**Mark Edward Stipe**
**Perret & Doise**
**P. O. Drawer 3408**
**Lafayette, LA 70502-2408**
**(337) 262-9000**
**Counsel for: Plaintiff/Appellant**
**Hilltop Transportation, LLC**